# EDELSTEIN & GROSSMAN

Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10007
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

October 7, 2025

**VIA ECF**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10017



Re:   Keybank Nat'l Ass'n v. JE SPE 5399 LLC et. al.
       Docket No. 1:24-CV-02609 (KPF)

Your Honor:

     This letter is respectfully submitted as and for a response to this Court's order of September 30, 2025, and has been circulated to all counsel before filing. Please note that TVPX Aircraft Solutions, Inc. has not appeared or answered in this action and may be dismissed.[1]

     It is agreed by all parties that this action is automatically stayed only as to defendant Moshe Silber ("Debtor"), given that JE SPE 5399 LLC is not a Debtor in the bankruptcy proceeding. However, after conferring with counsel for Plaintiff, KeyBank National Association, the parties also agree that it would be an appropriate exercise of this Court's discretion to stay this action in its entirety until further order of the bankruptcy court or dismissal of the Debtor's case because it would be wasteful of time and resources, both for the parties and the Court, to proceed solely against JE SPE 5399 LLC. Accordingly, it is respectfully requested that all proceedings in this action be stayed indefinitely pending further notice by one of the parties that the bankruptcy proceedings have terminated or the bankruptcy court has modified the automatic stay.

     The Court's consideration in this matter is appreciated.

Respectfully submitted,

/s/ Jonathan I. Edelstein

Jonathan I. Edelstein

cc:   All Counsel (Via ECF)

---

[1] KeyBank named TVPX to assure the repossession and sale of the subject aircraft. That sale was completed earlier this summer, and no unadjudicated claims remain pending against TVPX.

Application GRANTED.  The action is stayed *sine die* pending resolution of the bankruptcy proceedings or modification of the automatic stay.

Dated:    October 8, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE